IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS VOVOS,** | Case No. 2:21-CV-0837-KJM-DMC-P |
| Plaintiff, | |
| v. | **ORDER** |
| **D. MARTINEZ,** | |
| Defendant. | |

Pending before the Court is Defendant's motion, ECF No. 41, for an extension of time to file a response to Plaintiff's motion to modify the schedule.  Defendants seek an extension of time until after a settlement conference scheduling in this case for September 18, 2024, to respond to Plaintiff's motion.  Good cause appearing therefor, Defendant's motion will be granted.  The Court will also stay proceedings in this matter pending completion of the September 18, 2024, settlement conference.  If the matter does not settle, the Court will set a schedule for briefing on Plaintiff's motion to modify the schedule.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for an extension of time to file a response to Plaintiff's motion to modify the schedule, ECF No. 41, is GRANTED.

2. Proceedings in this matter are STAYED through September 18, 2024.

3. If the case is not resolved at the September 18, 2024, settlement conference, the Court will set a briefing schedule for Plaintiff's motion to modify the schedule.

Dated: August 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE